IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER LEE WYLIE,

Defendant.

CR 22-7-BU-DLC
CR 22-30-BU DLC

ORDER

IT IS ORDERED that the summons issued on August 27, 2026 in the above-captioned cases is QUASHED. The final hearing on revocation of Defendant's supervised release remains set for September 3, 2026, at 3:00 p.m. in front of presiding United States District Judge Christensen.

DATED this 27th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge